# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:24-cv-00264-MR-WCM

| | | |
|---|---|---|
| ANTHROWARE, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ATWORK GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 5) filed by Tikkun Gottschalk. The Motion indicates that Mr. Gottschalk, a member in good standing of the Bar of this Court, is local counsel for Defendant and that he seeks the admission of Donovan S. Asmar, who the Motion represents as being a member in good standing of the Bar of Michigan. It further appears that the requisite admission fee has been paid, and that there is no opposition to the Motion.

Accordingly, the Court **GRANTS** the Motion (Doc. 5) and **ADMITS** Donovan S. Asmar to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: October 28, 2024

W. Carleton Metcalf
United States Magistrate Judge